**Opinion filed November 19, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00076-CV

_____

## DOH OIL COMPANY, Appellant

## V.

## QEP RESOURCES, INC., Appellee

**On Appeal from the 118th District Court**
**Martin County, Texas**
**Trial Court Cause No. 7033**

## M E M O R A N D U M   O P I N I O N

The parties to this appeal have filed in this court an agreed motion to dismiss this appeal. In the motion, the parties state that all claims between them have been settled. Appellant requests that this appeal be dismissed in its entirety, and Appellee agrees that the appeal should be dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

November 19, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.